# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

United States of America,  Civil No. 14-cr-0092 (PJS/TNL)

    Plaintiff,

v.  **ORDER**

James Alex Cesario, II,

    Defendant.

---

Benjamin Bejar and John R. Marti, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 (for Plaintiff); and

James S. Becker, Office of the Federal Defender, 300 South Fourth Street, Suite 107, Minneapolis, MN 55415 (for Defendant).

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated June 30, 2014 (Docket No. 39), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Defendant's Pretrial Motion to Suppress Statements (Docket No. 22) is **DENIED.**

2. Defendant's Pretrial Motion to Suppress Fruits of Unlawful Arrest and Search and Seizure (Docket No. 23) is **DENIED.**

Date: July 18, 2014

s/Patrick J. Schiltz
The Honorable Patrick J. Schiltz
United States District Court Judge
for the District of Minnesota